No. 81–5766. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5773. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5779. BERNAL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5780. GARONZIK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–5787. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–5788. WOMACK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–5789. SINGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5792. DI SILVESTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–5793. JOHNSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–5794. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5799. LEYVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5807. WHITE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5813. HINES *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 81–5815. OWENS *v.* WHARTON, U. S. DEPARTMENT OF STATE, OFFICE OF CITIZENSHIP APPEALS AND LEGAL ASSISTANCE. C. A. D. C. Cir. Certiorari denied.